## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE:                                                                    CASE NO.: 8:14-BK-14874-CPM

RS CARES 062014 TRUST,                                   CHAPTER 7

DEBTOR.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Bank of America, N.A., a secured creditor in the above-captioned proceeding, requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to Federal Rule of Bankruptcy Procedure 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned, and pursuant to Federal Rule of Bankruptcy Procedure 2002(g), requests that the following be added to the Court's master mailing list:

**Michael Gulisano, Esq.**
**Van Ness Law Firm, PLC**
**1239 E. Newport Center Drive, Suite 110**
**Deerfield Beach, Florida 33442**

Dated: March 19, 2015                    Respectfully submitted by,

VAN NESS LAW FIRM, PLC
1239 E. Newport Center Drive, Suite 110
Deerfield Beach, Florida 33442
Phone (954) 708-2328
Fax    (954) 571-4003

/s/ Michael Gulisano
Michael Gulisano, Esquire
Florida Bar No.: 87573
mgulisano@vanlawfl.com

## **CERTIFICATE OF SERVICE**

      I CERTIFY that a copy of the foregoing Notice of Appearance was served on March 19, 2015 by U.S. Mail or CM/ECF electronic filing on all parties in this action.

Dated: March 19, 2015            /s/ Michael Gulisano
                                        Michael Gulisano, Esq.
                                        Florida Bar No.: 87573